FILED IN OPEN COURT
ON __4-7-20 BRH__
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7: 20-CR-53-1B0(3)

IN RE:                                    )
                                          )
                                          )    MOTION TO SEAL
FOUR-COUNT                                )    INDICTMENT
INDICTMENT PRESENTED ON                   )
APRIL 7, 2020   (L.M.D.)

The United States of America, by and through the United States Attorney for

the Eastern District of North Carolina, hereby requests that the Indictment named

on the previously attached Grand Jury Agenda be sealed so that the defendant

therein named can be apprehended, and states as follows:

If the name of the defendant were to be made public prior to arrest, the chances

of apprehending the defendant or apprehending the defendant without threat of

violence or public commotion would be significantly reduced.

WHEREFORE, the United States of America respectfully prays for the sealing

of the above-referenced Indictment, except that copies may be provided to the United

States Attorney, Social Security Administration Office of the Inspector General, and

the United States Probation Office.

It is further requested that the Indictment remain sealed until the defendant is apprehended, or until such time as the United States Attorney moves to unseal the Indictment, whichever event occurs first.

Respectfully submitted, this 7th day of April, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

TAMIKA MOSES
Special Assistant United States Attorney
Criminal Division