

**U. S. Department of Justice**
*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*United States Attorney's Office*  *Telephone (919) 856-4530*
*150 Fayetteville Street*  *Criminal FAX (919) 856-4487*
*Suite 2100*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

## MEMORANDUM

DATE: April 7, 2020

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: ROBERT J. HIGDON, JR.,
United States Attorney

ATTN OF: Tamika Moses
Special Assistant United States Attorney

SUBJECT: United States v. Leslie McCrae Dowless, Jr.
No. 7:20CR53 - Division

Please issue a summons for the above-named defendant and place same, for his appearance on _____ in _____, North Carolina, for his arraignment in the hands of the U.S. Marshal for service.

Summons should be returnable before a United States Magistrate Judge.

CC: United States Probation
Raleigh, North Carolina

United States Marshal Service
Raleigh, North Carolina