UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-53-1BO(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | ORDER TO UNSEAL INDICTMENT |
| ) | |
| LESLIE MCCRAE DOWLESS JR. ) | |

Upon motion of the United States of America, and for good cause shown, the sealed Four-Count Indictment returned by the Grand Jury for the Eastern District of North Carolina on April 7, 2020 (L.M.D.), is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 20 day of April, 2020.

Terrence W. Boyle
Chief United States District Judge