UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-53-1BO(3)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LESLIE MCCRAE DOWLESS JR. | NOTICE OF APPEARANCE |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

TAMIKA GRIFFIN MOSES
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on May 11, 2020, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 11th day of May, 2020.

G. ALAN DuBOIS
Federal Public Defender

/s/ Katherine Shea
KATHERINE SHEA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Kat_Shea@fd.org
Member of New York State Bar
LR 57.1 Counsel
Appointed