UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:20-CR-53-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LESLIE MCCRAE DOWLESS, JR. | MOTION TO CONTINUE<br>ARRAIGNMENT |

    The Defendant, Leslie McCrae Dowless, Jr., by and through counsel, moves the Court to continue the arraignment in his case, currently set for the July term until the August term.

    Mr. Dowless is charged with crimes relating to accusations of social security fraud. Undersigned requests this continuance in order to continue meeting with her client regarding the discovery in this case and preparing for the arraignment. This is the first continuance motion in this case. Assistant United States Attorney Tamika Moses does not oppose this motion.

    This Motion is made in good faith and not for purposes of delay. Neither the government nor Mr. Dowless would be prejudiced by this request. The ends of justice served by this Motion outweigh the interests of the public and Mr. Dowless in a speedy trial. The period of delay resulting from granting this continuance should therefore be excluded from the calculation of speedy trial time pursuant to 18 U.S.C. Section 3161(h)(8)(A).

    WHEREFORE, Mr. Dowless respectfully asks for an order continuing the arraignment hearing until August, or any other relief the Court deems just and appropriate.

    Respectfully submitted this 13th day of July, 2020.

1

G. ALAN DUBOIS
Federal Public Defender


/s/ Katherine E. Shea
KATHERINE E. SHEA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: kat.shea@fd.org
Member of NY State Bar
LR 57.1 Counsel Appointed

.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

TAMIKA MOSES
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

through CMECF.

This the 13th day of July, 2020.

/s/ Katherine E. Shea
KATHERINE E. SHEA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: kat.shea@fd.org
Member of NY State Bar
LR 57.1 Counsel Appointed

3