UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-53-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | GOVERNMENT'S UNOPPOSED |
| v. | ) | MOTION TO CONTINUE TRIAL |
| | ) | |
| LESLIE MCCRAE DOWLESS JR | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves to continue the trial in this matter. In support of this motion, the United States submits the following:

1.    On April 7, 2020, the defendant, Leslie McCrae Dowless, Jr., was charged in a four-count indictment with Theft of Government Property, in violation of 18 U.S.C. § 641; Social Security Fraud, in violation of 42 U.S.C. §§ 408(a)(4) and 1383a(a)(3); and False Statements, in violation of 18 U.S.C. § 1001. (D.E. 1).

2.    The defendant was arraigned on January 29, 2021. (D.E. 33).

3.    On February 24, 2021, the Court scheduled trial in this matter for April 12, 2021. (D.E. 34).

4.    On March 10, 2021, the Court rescheduled the trial for March 22, 2021.

5.    Special Assistant United States Attorney (SAUSA) Tamika Moses was previously assigned to this matter. SAUSA Moses' last day of employment with the U.S. Attorney's Office was March 19, 2021.

1

6.  As a result, of SAUSA Moses' departure, the Government filed a motion to continue trial. The Court granted the motion and rescheduled trial in this matter for May 3, 2021.

7.  The undersigned AUSA was subsequently substituted as counsel for the Government in this matter.

8.  The Government now requests that the trial be continued for at least 30 days from the current setting. Such time is necessary to allow the undersigned counsel to adequately prepare for trial and to satisfy the Government's trial-related obligations.

9.  The defendant, through counsel, consents to a continuance of up to three weeks until May 24, 2021.

Wherefore, based on the foregoing, the Government requests that the trial in this matter, currently scheduled for May 3, 2021, be continued for at least 30 days.

Respectfully submitted, this 20th day of April, 2021.

G. NORMAN ACKER, III
Acting United States Attorney

BY:    /s/ Toby Lathan
       TOBY LATHAN
       Assistant United States Attorney
       150 Fayetteville Street, Suite 2100
       Raleigh, NC 27601
       Telephone: 919-856-4530
       Email: toby.lathan@usdoj.gov
       N.C. Bar No. 35398

CERTIFICATE OF SERVICE

This is to certify that I have this 20th day of April, 2021, served a copy of the foregoing Government's Unopposed Motion to Continue Trial upon counsel for the defendant in this action via the CME/ECF system to:

Katherine E. Shea
Jennifer A. Dominguez
Counsel for Defendant

/s/ Toby Lathan
TOBY LATHAN
Assistant United States Attorney
Criminal Division